1  SHARON L. NELSON
   Nevada Bar No. 6433
2  REBEKAH BAUMGARDNER
3  Nevada Bar No. 10855
   NELSON LAW
4  401 N. Buffalo, Suite 100
   Las Vegas, Nevada 89145
5  (702) 247-4529
6  (702) 737-4529
   Attorneys for Plaintiff
7  Stephanie Powell

8                   UNITED STATES DISTRICT COURT
9                        DISTRICT OF NEVADA
10

11 STEPHANIE POWELL, an individual,        Case No: 2:10-cv-00031-**GMN-RJJ**
12
13              Plaintiff,                 **STIPULATION AND ORDER**
                                           **TO DISMISS WITH PREJUDICE**
14 vs.

15 7-ELEVEN, INC., a foreign corporation;
   DOES and ROES 1-100; inclusive,
16
17              Defendant.

18      IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, by and
19 through their respective counsel of record, Sharon L. Nelson and Rebekah Baumgardner on behalf
20
21 //
22 //

of Plaintiff and Eric A. Welter on behalf of Defendant, that the above-entitled action may be dismissed, with prejudice, each party to bear their own costs and attorneys' fees.

DATED this 11th day of August 2010.

| NELSON LAW | PAYNE & FEARS LLP<br>Attorneys at Law |
|---|---|
| /s/ Rebekah Baumgardner<br>SHARON L. NELSON<br>Nevada Bar No. 6433<br>REBEKAH BAUMGARDNER<br>Nevada Bar No. 10855<br>401 North Buffalo Drive, Suite 100<br>Las Vegas, NV  89145<br>Attorneys for Plaintiff<br>Stephanie Powell | /s/ Eric A. Welter<br>ERIC A. WELTER *pro hac vice*<br>WELTER LAW FIRM, P.C.<br>720 Lynn Street, Suite B<br>Herndon, VA  20170<br><br>GREGORY H. KING<br>Nevada Bar No. 7777<br>MATTHEW L. DURHAM<br>Nevada Bar No. 10342<br>7251 West Lake Mead Blvd., Suite 252<br>Las Vegas, NV  89128<br><br>Attorneys for Defendant<br>7-Eleven, Inc. |

IT IS SO ORDERED this 12th day of August, 2010.

_____
Gloria M. Navarro
United States District Judge